UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Rick Tripp,<br><br>        Plaintiff,<br><br>  vs.<br><br>Premier Credit of North America, LLC; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:12-cv-01840-JAM-KJN<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  10/25/2012                            /s/ John A. Mendez____

                                                    Judge John A. Mendez